# EXHIBIT A

000034
Liberty Mutual Group
P.O. Box 9099
Dover, NH 03821

561-222-
2296



4/13/2011

KENNETH BABBITT
KIM BABBITT
11110 NW 19 ST
PEMBROKE PINES  FL 33026

LOCATION ADDRESS:
11110 NW 19 ST
PEMBROKE PINES FL 33026

RE: H32-251-120864-60 8
Type of Policy: Homeowners
Expiration Date: 11/1/2011

## NOTICE OF NON-RENEWAL

Dear KENNETH BABBITT:

While we appreciate your business, the hurricane events of the past years have forced us to make some difficult decisions regarding our overall hurricane exposure in Florida. After very careful consideration, we have decided not to renew your Liberty Mutual homeowners policy at the end of your current policy period on 11/1/2011.

Our decision not to renew this policy is not a reflection upon your insurability. We are taking this action to reduce our overall exposure level related to catastrophic loss.

To assist Florida property owners in obtaining insurance coverage, the Florida legislature created the Florida Market Assistance Program, a free referral service. You can contact them directly at (800) 524-9023 or visit their website at www.fmap.org.

If your home has been damaged by a prior hurricane and has not been restored to the extent that it is insurable by another insurer, please contact us within 10 business days by calling (800) 869-4009. We will arrange to have your property inspected to determine if it qualifies for an extension of coverage.

We regret that we have found it necessary to take this action and apologize for any inconvenience that our decision may cause you. We encourage you to secure replacement coverage as soon as possible to be effective on the expiration date of this policy. If you have any questions or are in need of assistance, please contact us at (800) 869-4009 and a representative will assist you.

Sincerely,

Liberty Mutual Group

11-052406B